IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBERT C. SIPES, | ) | |
| | ) | |
| Plaintiff, | ) | 4:12CV3024 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | ) ) | ORDER |
| | ) | |
| Defendant. | ) ) | |

This matter is before the court on plaintiff's request to proceed in this case in forma pauperis. Filing No. 2. The court has reviewed the motion and finds it should be granted.

IT IS ORDERED that plaintiff's motion to proceed in forma pauperis, Filing No. 2, is granted.

DATED this 9th day of February, 2012.

BY THE COURT:


s/ Joseph F. Bataillon
United States District Judge