IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROBERT C. SIPES,<br><br>            Plaintiff,<br><br>      v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration;<br><br>            Defendant. | 4:12CV3024<br><br>**JUDGMENT** |

Pursuant to the Memorandum and Order entered this date,

1.  Judgment for attorney fees is entered in favor of the plaintiff and against the defendant in the amount of $19,221.61, plus interest at the legal rate from and after this date.

2.  The Clerk of Court is directed to issue payment to plaintiff's counsel.

DATED this 23rd day of May, 2014.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge